No. 01–6647. HALE v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 01–6648. HEIMSTRA v. BERGHUIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–6649. GRANT v. HOLLINS, SUPERINTENDENT, ONEIDA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 01–6650. FLANAGAN v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–6651. FIELD v. JACKSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–6652. GRIFFIN v. CITY OF COLUMBUS ET AL. C. A. 6th Cir. Certiorari denied.

No. 01–6653. FUN v. HENDRICKS, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–6657. JOSEPH v. HOLIDAY ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–6659. CHAPMAN v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 01–6662. ZENANKO v. CRIST, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 01–6663. WILLIAMS v. KYLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–6664. WILLIAMS v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–6665. TUAN VAN TRAN v. GILLIS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT COAL TOWNSHIP. C. A. 3d Cir. Certiorari denied.

No. 01–6672. ASCOT v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.